

# Fourth Court of Appeals

## San Antonio, Texas

February 24, 2020

No. 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

**H-E-B**, Jointly and Severally William Tate, Jointly and Severally and as employee of H-E-B L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B L.P., Meredith Reid as employee of H-E-B L.P, Jointly and Severally, Debra Ann Godoy as employee of H-E-B L.P. et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16263
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On February 19, 2020, appellant filed a "Motion to Vacate as Void Opinion Affirming Court Reporter's Contest Order for Lack of Jurisdiction." In that motion, appellant argues that the record in this appeal shows he did not receive notice of the December 17, 2019 hearing on the court reporter's challenge to his statement of inability to pay costs. However, appellant's motion challenging the order that resulted from the December 17 hearing explicitly states that the court reporter filed "another hearing Fiat for December 17, 2019." For this reason, Appellant's "Motion to Vacate as Void Opinion Affirming Court Reporter's Contest Order for Lack of Jurisdiction" is DENIED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2020.



Michael A. Cruz,
Clerk of Court